IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IRON WORKERS ST. LOUIS DISTRICT COUNSEL PENSION FUND TRUST, IRON WORKERS ST. LOUIS DISTRICT COUNSEL ANNUITY TRUST,** and **IRON WORKERS ST. LOUIS DISTRICT COUNSEL WELFARE PLAN,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**BUMPY'S STEEL ERECTION, LLC,**<br><br>    **Defendant.** | Case No. 3:20-mc-004-NJR-GCS |

# <u>MEMORANDUM AND ORDER</u>

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Gilbert C. Sison (Doc. 16) regarding civil contempt sanctions after Defendant Bumpy's Steel Erection, Inc., failed to respond to Magistrate Judge Sison's show cause order (Doc. 12). The Report and Recommendation, entered on September 3, 2020, recommends that the Court hold Defendant Bumpy's Steel Erection, Inc., in civil contempt and impose a remedial sanction in the amount of $2,253.38 (Doc. 16). No objection to the Report and Recommendation was filed.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then

"accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has reviewed Magistrate Judge Sison's Report and Recommendation and finds there is no clear error in his findings of fact or conclusions of law. Accordingly, the Report and Recommendation (Doc. 16) is **ADOPTED** in its entirety. This Court holds Defendant Bumpy's Steel Erection, Inc. in civil contempt and **ORDERS** Defendant to pay Plaintiffs the amount of **$2,253.38** to compensate Plaintiffs for Defendant's failure to comply with the Court's citation to discover assets.

**IT IS SO ORDERED.**

DATED:   October 22, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**